UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Heard,       )
                    )
    Plaintiff,      )
                    )   Case: 1:16-cv-00056
v.                  )   Assigned To : Unassigned
                    )   Assign. Date : 1/13/2016
Department of Justice *et al.*,   )   Description: Pro Se Gen. Civil (F Deck)
                    )
    Defendants.     )

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted, and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a resident of Gainesville, Georgia. Plaintiff purports to sue President Barack Obama and the Department of Justice for his "inhumane" living conditions. Compl. at 1. He seeks a "congressional hearing against [the defendants]" and an "inheritance." *Id.* at 6. In the wide-ranging allegations comprising the complaint, plaintiff mentions, among other things, breach of duty, identity theft, constitutional injury, conspiracy to commit murder, theft, and assault. What is missing is any coherent statement of a plausible claim. A separate order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: January __, 2016